**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| INTELLIGENT VERIFICATION SYSTEMS, LLC, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MICROSOFT CORPORATION, and )<br>MAJESCO ENTERTAINMENT CO., )<br>Defendants. )<br>_____) | Civil Action No. 2:12-cv-525-AWA-LRL |

**NOTICE OF REQUEST FOR ATTORNEYS' FEES IN CONNECTION WITH MOTION TO COMPEL MICROSOFT CORPORATION'S RESPONSE TO INTELLIGENT VERIFICATION SYSTEMS, LLC'S INTERROGATORY NO. 10**

Counsel for Plaintiff Intelligent Verification Systems, LLC ("IVS") respectfully submits the attached Memorandum in Support of Request for Attorneys' Fees, Declaration of Michael Marion in Support of Request for Reasonable Attorneys' Fees, Declaration of Quentin R. Corrie in Support of Request for Reasonable Attorneys' Fees, and Declaration of Gregory N. Stillman in Support of Request for Reasonable Attorneys' Fees.

IVS believes the attached Memorandum in Support and Declarations support its request for $21,781.00, which represents the reasonable attorneys' fees incurred by counsel for IVS for its Motion to Compel Microsoft Corporation's Response to IVS's Interrogatory No. 10 [D.I. 152].

Dated: August 13, 2014     Respectfully submitted,

/s/ Michael K. Mutter
Michael K. Mutter, VSB# 21172
mkm@bskb.com
Robert J. Kenney, VSB# 27668
rjk@bskb.com

1

Quentin R. Corrie, VSB# 14140
*qrc@bskb.com*
Michael B. Marion, VSB#77025
*mbm@bskb.com*
BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road
Suite 100 East
P.O. Box 747
Falls Church, VA 22040-0747
*mailroom@bskb.com*

ATTORNEYS FOR PLAINTIFF INTELLIGENT
VERIFICATION SYSTEMS, LLC

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 13th day of August 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to the counsel listed below:

| | |
|---|---|
| John B. Swingle<br>WILLIAMS MULLEN<br>222 Central Park Avenue, Suite 1700<br>Virginia Beach, VA 23462-3035<br>Telephone: (757) 473-5334<br>Facsimile: (757) 473-0395<br>jswingle@williamsmullen.com<br>*Attorneys for Defendant Majesco*<br>*Entertainment Co.* | William R. Poynter<br>KALEO LEGAL<br>4456 Corporation Lane, Suite 345<br>Virginia Beach, VA 23462<br>Telephone: (757) 238-6383<br>Facsimile: (757) 304-6175<br>wpoynter@kaleolegal.com<br>*Attorneys for Defendant Majesco*<br>*Entertainment Co.* |

Ruffin Cordell
Ahmed J. Davis
Karolina Jesien
FISH & RICHARDSON P.C.
1425 K Street, NW, 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331
cordell@fr.com
davis@fr.com
jesien@fr.com
*Attorneys for Defendant Microsoft Corporation*

                                      /s/ Michael K. Mutter
                                      Michael K. Mutter, VSB#21171
                                      BIRCH, STEWART, KOLASCH & BIRCH, LLP
                                      8110 Gatehouse Road, Suite 100 East
                                      P.O. Box 747
                                      Falls Church, VA 22040-0747
                                      (703) 205-8000
                                      (703) 205-8050 (facsimile)
                                      *mkm@bskb.com*