IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| INTELLIGENT VERIFICATION SYSTEMS, LLC, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MICROSOFT CORPORATION, and )<br>MAJESCO ENTERTAINMENT CO., )<br>Defendants. )<br>_____ ) | Civil Action No. 2:12-cv-525-AWA-LRL |

## INTELLIGENT VERIFICATION SYSTEMS, LLC'S MOTION *IN LIMINE* REGARDING PRIOR ART

Plaintiff Intelligent Verification Systems, LLC, ("IVS") by and through undersigned counsel, respectfully moves *in limine* to exclude certain evidence and testimony regarding alleged prior art references. Specifically, IVS moves for an Order that 1) Nitta et al., "An Experimental Multimodal Disputation System," IJCAI-97 Workshop on Intelligent Multimodal Systems, Nagoya, Japan (August 24, 1997) ("Nitta 1997") cannot be relied on for invalidity because it is not prior art under 35 U.S.C. §§ 102 or 103; 2) any testimony or evidence regarding work or use in Japan must be excluded because it is not prior art under 35 U.S.C. §§ 102 or 103 and any possible relevance is outweighed by the high likelihood of confusion and possible prejudice; 3) alleged prior art references that require expert testimony and opinion that were not part of an expert report must be excluded; and 4) alleged prior art that was not timely disclosed in response to IVS's Interrogatory No. 6 but is included in Defendants' 35 U.S.C. § 282 Notice [D.I. 387] must be excluded. A memorandum of points and authorities accompanies this motion.

WHEREFORE, IVS respectfully moves *in limine* for an Order excluding 1) Nitta et al., "An Experimental Multimodal Disputation System," IJCAI-97 Workshop on Intelligent

Multimodal Systems, Nagoya, Japan (August 24, 1997) ("Nitta 1997"); 2) work or alleged use in Japan; 3) alleged prior art references that require expert testimony and opinion that were not part of an expert report; and 4) alleged prior art that was not timely disclosed in response to IVS's Interrogatory No. 6 but is included in Defendants' 35 U.S.C. § 282 Notice [D.I. 387], and for such other relief as the Court deems just and proper.

DATED:  March 4, 2015                    Respectfully submitted,

/s/ Quentin R. Corrie
Quentin R. ("Rick") Corrie, VSB #14140
Michael K. Mutter, VSB #21172
Robert J. Kenney, VSB #27668
John D.V. Ferman, VSB# 70980
Lynde V. Herzbach (*pro hac vice*)
Stephanie D. Grosvenor, VSB #79612
BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road, Suite 100 East
P.O. Box 747
Falls Church, VA 22040-0747
(703) 205-8000
(703) 205-8050 (facsimile)
mkm@bskb.com
qrc@bskb.com
rjk@bskb.com
jferman@bskb.com
Lynde.Herzbach@bskb.com

*ATTORNEYS FOR PLAINTIFF*
*INTELLIGENT VERIFICATION SYSTEMS, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of March 2015, a true and correct copy of the above document was filed via the Court's ECF system, which will send a notification of such filing (NEF) to the following to the counsel listed below:

William R. Poynter
John B. Swingle
KALEO LEGAL
4456 Corporation Lane, S345
Virginia Beach, VA 23462
Telephone: (757) 238-6383
Facsimile: (757) 304-6175
wpoynter@kaleolegal.com
jswingle@jkaleolegal.com
*Attorneys for Defendant Majesco Entertainment Co.*

Ruffin Cordell
Ahmed J. Davis
Karolina Jesien
FISH & RICHARDSON P.C.
1425 K Street, NW, 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331
cordell@fr.com
davis@fr.com
jesien@fr.com
*Attorneys for Defendant Microsoft Corporation*

/s/ Quentin R. Corrie
Quentin R. ("Rick") Corrie, VSB #14140
BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road, Suite 100 East
P.O. Box 747
Falls Church, VA 22040-0747
(703) 205-8000
(703) 205-8050 (facsimile)
qrc@bskb.com